619

Louis Turk, appellant, v. City of Chicago, appellee.  Gen. No. 35,546.

O'Connor, P. J., dissents.  Opinion filed December 28, 1931.

Aaron Soble, for appellant.  William H. Sexton, Corporation Counsel, for appellee; John W. McCarthy and Roy S. Gaskill, Assistant Corporation Counsel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Kenneth Lafreniere for use of Swarts Bros., Inc., appellee, v. Binkley Coal Company, appellant.  Gen. No. 35,586.

Opinion filed December 28, 1931.

Gallagher, Rinaker, Wilkinson & Hall, for appellant; Roy E. Roos, of counsel.  Louis L. Rosenthal, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Thomas J. Grady, appellant, v. Eileen Grady, appellee.  Gen. No. 35,161.

Opinion filed December 28, 1931.  Rehearing denied January 11, 1932.

Edwin Hamilton, for appellant.  Crahen, Sullivan, O'Toole & Sullivan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James Cohn, plaintiff in error.  Gen. No. 35,184.

Opinion filed December 28, 1931.  Rehearing denied and opinion slightly modified January 11, 1932.

Joseph Lustfield, for plaintiff in error; Ode L. Rankin, of counsel.  John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.